USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
  UNITED STATES OF AMERICA,     :
                                                   :
         -against-                    :         15-CR-194 (VEC)
                                                 :
  ERNESTO OLIVO,                 :         ORDER
                                                 :
                    Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on September 9, 2020, Defendant Ernesto Olivo filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) and requested that the Court appoint counsel to represent him in connection with this motion (Dkt. 75);

       WHEREAS the Court held in abeyance Mr. Olivo's request for appoint of counsel until after receiving the Government's response to Mr. Olivo's pro se motion (Dkt. 76); and

       WHEREAS the Government filed its response on October 9, 2020 (Dkt. 77);

       IT IS HEREBY ORDERED that pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and the discretion of the Court, Richard Rosenberg is appointed as CJA counsel for purposes of Mr. Olivo's motion for compassionate release effective October 14, 2020. Counsel must file a notice of appearance no later than **October 16, 2020**, and must file a supplemental submission in support of Mr. Olivo's motion no later than **November 16, 2020**.

      The Clerk of Court is respectfully requested to mail this order to Mr. Olivo at: Ernesto Olivo, Reg. No. 91408-054, FMC Rochester, Federal Medical Center, P.O. Box 4000, Rochester, MN 55903.

**SO ORDERED.**

**Date:  October 14, 2020**
       **New York, NY**

                                            **VALERIE CAPRONI**
                                            **United States District Judge**