

**MEMO ENDORSED**

# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2020

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

October 20, 2020

Hon. Valerie E. Caproni
United States District Court Judge
United States District Court
40 Foley Square
New York, New York 10007

**Re: United States v. Ernesto Olivo**
**15 Cr. 194 (VEC)**

Dear Judge Caproni:

    On October 14, 2020 Your Honor re-appointed me pursuant to the Criminal Justice Act to prepare and file a supplemental motion for compassionate release pursuant 18 U.S.C.§3582 ( c ) (1) (A) on behalf of defendant Olivo. Per the Court's order counsel's submission is due by November 16, 2020.

    Due to my heavy schedule and the volume of materials pertaining to Mr. Olivo's medical history and issues I write today to respectfully request authorization for the expenditure of CJA funds to retain the services of Clara S. Kalhous as associate counsel to assist me in the preparation and filing of the supplemental motion. Ms. Kalhous has assisted me and several other SDNY CJA counsels in the past as an associate counsel. Ms. Kalhous is quite experienced in reviewing digital discovery, legal research and preparing legal memoranda. She is a 2009 Cardozo Law school graduate and is admitted to practice before this Court. Ms. Kalhous would be an important addition in support of defendant Olivo's quest for relief from the Court.

    Should Your Honor be inclined to grant this application it is respectfully requested that Ms. Kalhous be approved at the rate of $100.00 per hour.

    Thank you for your consideration and courtesies to counsel.

Very sincerely,

Richard H. Rosenberg

Counsel is authorized to retain the services of Ms. Kalhous as associate counsel at a rate of $100 per hour for up to 20 hours.

SO ORDERED.

_[signature]_ 10/20/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE